UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

DISCOVER SPECIALTY INSURANCE COMPANY, a Maryland corporation,

Plaintiff,

vs.

HOF-PORTAGE OWNER LLC, a Delaware limited liability company, MANCHESTER MANAGEMENT LLC, a Washington limited liability company, HOF-PORTAGE PROPERTIES LLC, a Delaware limited liability company, HUDSON REALTY CAPITAL LLC, a Delaware limited liability company, RICHARD WILSON, individually, and JOHN DOE I and JOHN DOE II,

Defendants.

No. CV-09-395-LRS

COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Discover Specialty Insurance Company files this complaint for declaratory judgment pursuant to 28 U.S.C. § 2201 and § 2202, and alleges as follows:

## I. PARTIES

1.1 Plaintiff Discover Specialty Insurance Company is organized under the laws of Maryland with its principal place of business in Minnesota.



PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.
2112 Third Avenue, Suite 500
Seattle WA 98121 Tel. 206.462.6700 Fax 206.462.6701

1.2 Defendant HOF-Portage Owner LLC is organized under the laws of Delaware with its principal place of business in Washington.

1.3 Defendant Manchester Management LLC is organized under the laws of Washington with its principal place of business in Washington.

1.4 Defendant HOF-Portage Properties LLC is organized under the laws of Delaware with its principal place of business in Washington.

1.5 Defendant Hudson Realty Capital LLC is organized under the laws of Delaware with its principal of business in New York.

1.6 Defendant Richard Wilson is an individual residing in Spokane, Washington.

1.7 Defendants John Does I and II are fictitious names of individuals believed to be residing in Spokane, Washington.

1.8 The Plaintiff will be referred to as "Discover Specialty." The Defendants will be referred to as the "Developers."

## II. JURISDICTION AND VENUE

2.1 Federal jurisdiction lies under 28 U.S.C. § 1332(a)(2) because Discover Specialty's citizenship is diverse to the Developers', and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

2.2 The United States District Court for the Eastern District of Washington is a proper venue under 28 U.S.C. § 1391(a)(2) because a substantial part of the events or omissions giving rise to the claims occurred in Spokane, Washington.

## III. FACTUAL ALLEGATIONS

3.1 This case concerns alleged property damages arising out of a condominium conversion known as The Ridge Condominiums ("The Ridge") situated in Spokane, Washington.



PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.
2112 Third Avenue, Suite 500
Seattle WA 98121 Tel. 206.462.6700 Fax 206.462.6701

3.2 On May 27, 2009, The Ridge Condominium Owners Association ("Association") commenced a lawsuit against the Developers. A true and correct copy of that lawsuit is attached as Exhibit 1 and is incorporated into this pleading ("Lawsuit"). The Lawsuit alleges the following pertinent facts:

(1) That The Ridge was financed and purchased by the Developers in April 2005.

(2) That The Ridge was operated and managed by the Developers as an apartment complex prior to its conversion.

(3) That the Developers converted The Ridge from apartments into condominiums beginning in June 2005.

(4) That the condominium Association was formed on August 1, 2005, and that the Developers ran the Association for a period of time thereafter.

(5) That the first unit was conveyed in September 2005, and that units continued to be conveyed through late 2007.

(6) That property damages arose out of the condominium conversion.

3.3 The Lawsuit asserts claims for breach of statutory warranties, breach of contract, negligent real estate management, breach of fiduciary duties, breach of Washington's Condominium Act, breach of Washington's Consumer Protection Act, and misrepresentation.

3.4 The Developers tendered defense of the Lawsuit to Discover Specialty under policy No. D212L00006 (effective April 29, 2005, to April 29, 2006). The named insured listed on that policy was HOF-Portage Properties, LLC. A true and correct copy of the policy is attached as Exhibit 2 and is incorporated into this pleading ("Policy").



PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.
2112 Third Avenue, Suite 500
Seattle WA 98121 Tel. 206.462.6700 Fax 206.462.6701

3.5 Discover Specialty agreed to defend the Developers subject to a full reservation of rights. Discovery Specialty specifically advised the Developers that there was no coverage under the Policy for the allegations in the Lawsuit.

## IV. CAUSE OF ACTION: DECLARATORY JUDGMENT

4.1 Discover Specialty restates the allegations set forth in paragraphs 1.1 through 3.5 of this complaint and incorporates them herein by reference.

4.2 For the reasons set forth in paragraphs 1.1 through 3.5, an actual, justiciable controversy exists between Discover Specialty and the Developers concerning the insurer's rights and duties under the Policy with respect to the Lawsuit.

4.3 Discover Specialty seeks a declaration that it has no duty to defend the Developers in the Lawsuit based on the terms, conditions, limitations, endorsements, and exclusions in the Policy, including but not limited to the following provisions:

(1) "Owned Property" exclusion, CGL Coverage Form (CG 00 01 10 01) pg. 4 at exclusion 2(j)(1).

(2) "Alienated Premises" exclusion, CGL Coverage Form (CG 00 01 10 01) pgs. 4-5 at exclusion 2(j)(2).

(3) "Construction Activities" exclusion, CGL Additional Exclusions Endorsement (212 G02 11 03) pg. 1 at exclusion A.

4.4 To the extent that the Lawsuit alleges property damages, those damages are wholly excluded by the "Owned Property," "Alienated Property," and "Construction Activities" exclusions.

4.5 Accordingly, Discover Specialty is entitled to a declaration that it has no duty to defend the Developers in the Lawsuit because there is no possibility that the Policy will provide coverage for it.



PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.
2112 Third Avenue, Suite 500
Seattle WA 98121 Tel. 206.462.6700 Fax 206.462.6701

4.6 Discover Specialty is also entitled to a declaration that it has the right to seek reimbursement of the defense costs it has paid to defend the Developers in the Lawsuit.

## V. RESERVATION OF RIGHTS

5.1 Discover Specialty reserves the right to rely on any other terms, conditions, limitations, endorsements, or exclusions in the Policy in order to perfect this action for declaratory judgment to terminate its duty to defend the Developers in the Lawsuit.

5.2 By bringing this action for declaratory judgment on the duty to defend, Discover Specialty does not waive its right to hereafter contest coverage based on any other rights and / or duties under the Policy, including but not limited to its duties of indemnity and its rights to equitable contribution. Discover Specialty therefore reserves the right to seek further declaratory and / or coercive relief based on any other terms, conditions, limitations, endorsements, or exclusions set forth in its reservation of rights letters, or that might hereafter be supported by presently unknown facts.

## VI. RELIEF REQUESTED

WHEREFOR, Discover Specialty requests a speedy hearing of its declaratory judgment action so that this Court may enter judgment and issue a declaration that:

6.1 Discover Specialty has no duty to defend the Developers in connection with the Lawsuit;

6.2 Discover Specialty has the right to reimbursement of its defense costs paid to defend the Developers in the Lawsuit; and

6.3 For further necessary or proper relief.



PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.
2112 Third Avenue, Suite 500
Seattle WA 98121 Tel. 206.462.6700 Fax 206.462.6701

DATED this 31st day of December, 2009.

PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.

By: s/ Michael A. Patterson .
Michael A. Patterson, WSBA 7976
Brendan Winslow-Nason, WSBA 39328
Of Attorneys for Plaintiff Discover Specialty Insurance Company
Patterson Buchanan Fobes Leitch Kalzer
2112 Third Avenue, Suite 500
Seattle, WA 98121
Telephone: (206) 462-6700
Fax: (206) 462-6701
Email: map@pattersonbuchanan.com