UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DISCOVER SPECIALTY, INSURANCE COMPANY, an Illinois corporation,<br><br>  Plaintiff,<br><br>v.<br><br>HOF-PORTAGE OWNER, LLC, a Delaware limited liability company; MANCHESTER MANAGEMENT LLC; a Washington limited liability company; HOF-PORTAGE PROPERTIES LLC, a Delaware limited liability company; HUDSON REALTY CAPITAL LLC, a Delaware limited liability company; RICHARD WILSON, individually, and JOHN DOE I and JOHN DOE II, individually,<br><br>  Defendants. | NO. CV-09-395-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Ct. Rec. 6). Having reviewed said notice and having reviewed the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are dismissed as moot.

The District Court Executive is ordered to file this Order, furnish copies to counsel, and **CLOSE** this file.

**DATED** this 27th day of April, 2010.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2